**James A. BUTLER, Plaintiff— Appellant,**

v.

**Stephen DEWALT, Warden; Controller in Business Office, Day, Defendants— Appellees.**

No. 05–6377.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2005.

Decided Oct. 4, 2005.

James A. Butler, Appellant Pro Se. John Walter Sippel, Jr., Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before LUTTIG, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Butler appeals the district court's order denying Butler's petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Butler v. DeWalt,* No. CA–04–3388–WMN (D. Md. filed Feb. 16, 2005 & entered Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*